**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
www.flsb.uscourts.gov

    XX _____ PLAN (Indicate 1st, 2nd, etc. amended, if applicable)
    ☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Sydney & Tracey Davis        CASE NO. 14-18231

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $336.60 for months 1 to 25;
    B.    $535.98 for months 26 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $5200.00 TOTAL PAID $1,650.00
    Base Fee $3,500.00 plus $150.00 costs, Mot Strip HOA $750.00 + 25.00
    Mot. Strip 2nd Mortg. $775.00
    Balance Due $3,550.00 payable $142.00/month (Mos. 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
Encantada at Pembroke Pines Community Assn, Inc.

Eduardo Meloni Esq.      Regular: $164.00/mo. (Mos 1 to 60), arrears deemed unsecured
POB Box 155
Citra FL 32113
#G060

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America POB 660807 Dallas TX 75266 #2599 | homestead $333,000 | 0 | 0 | 0 | 0 |
| Encantada at Pembroke Pines Comm. Assn Inc #G060 | homestead | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

IRS      Total Due $2,683.56 (pending review for 2010 tax year, debtor to modify upon completion of IRS review)
    Pay: $76.68/mo (Mos 26 to 60)

_/s/ Sidney Davis_
SIDNEY DAVIS, Debtor
_/s/ Tracey Davis_
TRACEY DAVIS, Debtor        Dated: 1/22/14

Page 2
LF-31 (rev. 01/08/10)

Davis # 1

<u>Unsecured Creditors</u>: Pay $246.57/mo. (Mos. 26 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors to pay Eastern Financial 8821 and Wells Fargo 9409 directly.

The Debtors shall provide yearly tax returns to the Trustee no later than May 15 during the pendency of the case. If there is a meaningful increase in income or tax refund, the Debtor shall increase payments to unsecured creditors over and above the payments provided through the plan up to 100% of the allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
SIDNEY DAVIS, Debtor

_____
TRACEY DAVIS, Debtor

Dated: 4/23/14

LF-31 (rev. 01/08/10)